UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
AMERICAN INFERTILITY OF NEW YORK, P.C.,   :
*doing business as* Center for Human Reproduction, and   :
NORBERT GLEICHER, M.D.,   :
        :
        Plaintiffs,   :
        :
     -v-   :    25 Civ. 5221 (JPC)
        :
KINDBODY, INC., *et al.*,   :    <u>ORDER</u>
        :
        Defendants.   :
        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiffs have moved for a preliminary injunction under Federal Rule of Civil Procedure 65(a).  *See* Dkts. 10-12.  Plaintiffs shall serve Defendants with copies of the summons, the Complaint, the motion and its supporting documentation, and this Order by July 2, 2025, and shall file proof of service on the docket by July 3, 2025.  Defendants shall file any opposition to the motion by July 18, 2025.  Plaintiffs shall file any reply brief in support of their motion by July 25, 2025.

      The parties shall appear before the undersigned for a hearing on Plaintiffs' motion for a preliminary injunction on August 1, 2025 at 10:00 a.m.  The hearing will take place in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  If the parties intend to call a witness at the hearing, they shall notify the Court by letter no later than July 28, 2025.  If no such letter is filed, the Court will adjudicate the motion based on the papers and argument at the hearing.

SO ORDERED.

Dated: June 30, 2025
      New York, New York

                                            JOHN P. CRONAN
                                      United States District Judge