UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
AMERICAN INFERTILITY OF NEW YORK, P.C., :
*doing business as* Center for Human Reproduction, and :
NORBERT GLEICHER, M.D., :
:
                 Plaintiffs, :
:
     -v-                                       :         25 Civ. 5221 (JPC)
:
KINDBODY, INC., *et al.*, :        ORDER
:
                 Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Defendants shall respond to the Complaint within twenty-one days following the issuance of a decision on Plaintiffs' preliminary injunction motion, Dkts. 10-12.

       SO ORDERED.

Dated: July 10, 2025
       New York, New York

                                                 JOHN P. CRONAN
                                                United States District Judge