UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
AMERICAN INFERTILITY OF NEW YORK, P.C., :
*doing business as* Center for Human Reproduction, and :
NORBERT GLEICHER, M.D., :
:
                     Plaintiffs, :
:
        -v- : 25 Civ. 5221 (JPC)
:
KINDBODY, INC., *et al.*, : ORDER
:
                    Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    For the reasons stated on the record at the August 4, 2025 teleconference, Plaintiffs' motion for a preliminary injunction, Dkts. 10-12, is denied without prejudice in light of Defendants' representation that the parties' agreed-upon retraction correspondence, which was provided to the Court via email as "Schedule A," will be sent within five days of the date of this Order. That correspondence shall contain the language contained in the version that was sent to the Court aside from any reference to an entered Consent Order. The August 22, 2025 preliminary injunction hearing is adjourned *sine die*.

    Defendants shall respond to the Complaint within twenty-one days of the date of this Order. Such response shall constitute either an answer to the Complaint or a pre-motion letter in compliance with the Court's Individual Civil Rule 6.A. *See* https://www.nysd.uscourts.gov/hon-john-p-cronan.

    SO ORDERED.

Dated: August 4, 2025
       New York, New York
                                                JOHN P. CRONAN
                                                United States District Judge